# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

August 6, 2008

Charles R. Fulbruge III
Clerk

No. 07-30860

———————

LINDSEY JOY HANSON,

Plaintiff-Appellant,

v.

ANNE LORRAINE MAIRE; NEW ORLEANS CITY,

Defendants-Appellees.

———————

Appeal from the United States District Court
for the Eastern District of Louisiana
No. 2:03-CV-3401

———————

Before SMITH, WIENER, and HAYNES, Circuit Judges.

PER CURIAM:[*]

Lindsey Hanson appeals the denial of a writ of execution and of sanctions. We have reviewed the briefs, pertinent portions of the record, and the applicable law and have heard the arguments of counsel. We find no reversible error. We AFFIRM the district court essentially for the reasons given by that court.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.